CINCINNATI BAR ASSOCIATION *v*. STATZER.

[Cite as *Cincinnati Bar Assn. v. Statzer,*

126 Ohio St.3d 1226, 2010-Ohio-3990.]

(No. 2003-1109 — Submitted July 6, 2010 — Decided July 20, 2010.)

ON APPLICATION FOR REINSTATEMENT.

————————————

{¶ 1} This cause came on for further consideration upon the filing of an application for reinstatement by respondent, Joni Elizabeth Statzer, Attorney Registration No. 0067179, last known business address in Nampa, Idaho.

{¶ 2} The court coming now to consider its order of June 29, 2006, wherein the court, pursuant to Gov.Bar R. V(6)(B)(3), suspended respondent until board costs plus accrued interest are paid in full, finds that respondent has substantially complied with that order and with the provisions of Gov.Bar R. V(10)(A). Therefore,

{¶ 3} It is ordered by this court that respondent is reinstated to the practice of law in the state of Ohio.

{¶ 4} It is further ordered that the Clerk of this court issue certified copies of this order as provided for in Gov.Bar R. V(8)(D)(1), that publication be made as provided for in Gov.Bar R. V(8)(D)(2), and that respondent bear the costs of publication.

{¶ 5} For earlier case, see *Cincinnati Bar Assn. v. Statzer*, 110 Ohio St.3d 1402, 2006-Ohio-3295, 850 N.E.2d 65.

BROWN, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

————————————